# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| April Purcell,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>T-Mobile USA, Inc.; and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Civil Action No.: 2:14-cv-2258<br><br>**COMPLAINT** |

For this Complaint, the Plaintiff, April Purcell, by undersigned counsel, states as follows:

## JURISDICTION

1.　　This action arises out of Defendants' repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et. seq*. (the "TCPA").

2.　　Supplemental jurisdiction exists pursuant to 28 U.S.C. § 1367.

3.　　Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that the Defendants transact business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

## PARTIES

4.　　The Plaintiff, April Purcell ("Plaintiff"), is an adult individual residing in Urbana, Illinois, and is a "person" as defined by 47 U.S.C. § 153(39).

5.　　The Defendant, T-Mobile USA, Inc. ("T-Mobile"), is a Washington business entity with an address of 12920 SE 38th Street, Bellevue, Washington 98006, and is a "person" as defined by 47 U.S.C. § 153(39).

**FACTS**

6. Within the last year, T-Mobile began placing calls to Plaintiff's cellular telephone, number 217-xxx-5846, in an attempt to collect a consumer debt (the "Debt") allegedly owed by Plaintiff.

7. During all times mentioned herein, T-Mobile called Plaintiff on her cellular telephone using a prerecorded or artificial message.

8. When Plaintiff answered the calls from T-Mobile, she would hear a prerecorded voice which stated "this is T-Mobile calling."

9. During a conversation with a live representative from T-Mobile taking place on August 22, 2014, Plaintiff requested that the calls to her cellular phone cease.

10. Despite lacking Plaintiff's express consent to place such calls, T-Mobile continued to place at least ten more automated calls to the Plaintiff's cellular telephone number.

11. The repeated calls caused Plaintiff significant inconvenience.

**COUNT I**
**VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT –**
**47 U.S.C. § 227, et seq.**

12. The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

13. At all times mentioned herein and within the last year, Defendants called Plaintiff on her cellular telephone by using a prerecorded or artificial voice.

14. Defendants contacted Plaintiff by means of prerecorded calls to her cellular phone knowing that they lacked consent to call her number in light of her revoking her consent. As such, each call placed to Plaintiff was made in knowing and/or willful violation of the TCPA, and subject to treble damages pursuant to 47 U.S.C. § 227(b)(3)(C).

15. The calls from Defendants to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

16. As a result of each call made in negligent violation of the TCPA, Plaintiff is entitled to an award of $500.00 in statutory damages for each call in violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

17. As a result of each call made in knowing and/or willful violation of the TCPA, Plaintiff is entitled to an award of treble damages in an amount up to $1,500.00 pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

## PRAYER FOR RELIEF

**WHEREFORE**, the Plaintiff respectfully prays that judgment be awarded in the Plaintiff's favor and against the Defendants as follows:

1. Statutory damages pursuant to 47 U.S.C. § 227(b)(3)(B) & (C);

2. Against the named the Defendants, jointly and severally, awarding the Plaintiff punitive damages in such amount as is found appropriate; and

3. Granting the Plaintiff such other and further relief as may be just and proper.

## TRIAL BY JURY DEMANDED ON ALL COUNTS

Dated: October 15, 2014

Respectfully submitted,

By   /s/ Sergei Lemberg

Sergei Lemberg, Esq.
LEMBERG LAW, L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
Attorney for Plaintiff