IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| April Purcell,<br><br>       Plaintiff,<br>v.<br><br>T-Mobile USA, Inc.; and DOES 1-10, inclusive,<br><br>       Defendants. | Civil Action No.: 2:14-cv-02258-CSB-DGB |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: July 22, 2015

        Respectfully submitted,

        PLAINTIFF, April Purcell

        /s/ Sergei Lemberg

        Sergei Lemberg, Esq.
        **LEMBERG LAW, L.L.C.**
        1100 Summer Street, 3rd Floor
        Stamford, CT 06905
        Telephone: (203) 653-2250
        Facsimile:  (203) 653-3424
        slemberg@lemberglaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 22, 2015, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the Central District of Illinois Electronic Document Filing System (ECF), which sent notice to the following:

Charles H.R. Peters
Lawrence H. Heftman
Ann H. MacDonald
SCHIFF HARDIN LLP
223 S. Wacker Drive, Suite 6600
Chicago, IL 60606
*Attorneys for Defendants*

                                            By /s/ Sergei Lemberg
                                                Sergei Lemberg