E-FILED
Tuesday, 22 September, 2015 03:53:50 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| April Purcell, | |
| Plaintiff, | Civil Action No.: 2:14-cv-02258-CSB-DGB |
| v. | |
| T-Mobile USA, Inc.; and DOES 1-10, inclusive, | |
| Defendants. | |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

April Purcell ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: September 22, 2015

Respectfully submitted,

PLAINTIFF, April Purcell

By: /s/ Sergei Lemberg
Sergei Lemberg, Esq.
LEMBERG LAW L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

## CERTIFICATE OF SERVICE

      I hereby certify that on September 22, 2015, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court Central District of Illinois Electronic Document Filing System (ECF), which sent notice to the following:

Charles H.R. Peters
Lawrence H. Heftman
Ann H. MacDonald
SCHIFF HARDIN LLP
223 S. Wacker Drive, Suite 6600
Chicago, IL 60606
*Attorneys for Defendants*

                                                       By /s/ Sergei Lemberg
                                                           Sergei Lemberg